# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WEST BEND MUTUAL INSURANCE
COMPANY,

                Plaintiff,

v.

CPT NEXT GEN, INC.
d/b/a CHILI PEPPER'S TANNING,

                Defendant,

    and

JOHNSON LAW CLIENTS

                Intervening
                Defendants.

Case No. 2:21-CV-10387

Honorable Terrence G. Berg

Magistrate Judge Elizabeth A. Stafford

---

Jason R. Fathallah (P70434)
AJ Fabianczyk (WI #1101448)
HUSCH BLACKWELL LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
(414) 273-2100
jason.fathallah@huschblackwell.com
aj.fabianczyk@huschblackwell.com
*Attorneys for Plaintiff*

Douglas Young
Young Insurance Law
117 W. 4th Street, Ste. 201
Royal Oak, Michigan 48067
(313) 983-1235
dyoung@younginsurancelaw.com
*Attorneys for Defendant*

Paul F. Doherty
535 Griswold Street, Suite 2600
Detroit, MI 48226
313-324-8300
pdoherty@venjohnsonlaw.com
*Attorneys for Intervening Defendants*

---

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismissal of this action with prejudice and without

costs to any party.

Dated: November 24, 2025

Respectfully submitted,

/s/ *Jason R. Fathallah*                    /s/ *Douglas Young*
Jason R. Fathallah                       Douglas Young
AJ Fabianczyk                           YOUNG INSURANCE LAW
HUSCH BLACKWELL LLP                      Attorneys for Defendant
Attorneys for Plaintiff


/s/ *Paul F. Doherty*
Paul F. Doherty
VEN JOHNSON LAW, PLC
Attorneys for Intervening Defendants