UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WEST BEND MUTUAL INSURANCE COMPANY,**

      Plaintiff,

v.

**CPT NEXT GEN, INC,**
d/b/a **CHILI PEPPTER'S TANNING,**

      Defendant,

And,

**JOHNSON LAW CLIENTS**

      Intervening Defendants.
_____/

Case No. 21-10387
Hon. Terrence G. Berg

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Terrence G. Berg
      TERRENCE G. BERG
      UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the parties of record on November 24, 2025, by electronic means or postal mail.

s/E. Vradenburg
CASE MANAGER